IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTORIA PUPO,<br><br>      Plaintiff,<br><br>v.<br><br>KHGR PHILLY MONACO, LLC,<br><br>      Defendant. | Civil Action No. 2:21-cv-04193-JMY |

**STIPULATION OF DISMISSAL**

Plaintiff Victoria Pupo ("Pupo") and Defendant KHGR Philly Monaco, LLC hereby stipulate and agree, pursuant to Local Rule 41.1(b) of the United States District Court for the Eastern District of Pennsylvania, that this action is DISMISSED WITH PREJUDICE, without an award of costs or fees to any party.

2

DATED: December 13, 2021                    Respectfully submitted,

                                                                   SEYFARTH SHAW LLP
By: */s/ Jacob Oslick*
    Jacob Oslick (Pa. Bar. No. 311028)
    joslick@seyfarth.com
    620 Eighth Avenue
    New York, New York  10018
    Telephone:        (212) 218-5500
    *Attorneys for Defendant*

LAW OFFICES OF ERIC A. SHORE
By: */s/ Brian M. Doyle*
    Brian M. Doyle
    briand@ericshore.com
    1500 John F. Kennedy Blvd
    Philadelphia, Pa. 19102
    Telephone:        (215) 944-6113
    *Attorneys for Plaintiff*

**SO ORDERED:**

_____
Hon. John Milton Younge, U.S.D.J.

2